IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00258-JLK

CHRIS A. SMITH,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant-Appellee.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Robert K. Gruber, #9413 | DAVID M. GAOUETTE |
| 3500 South Wadsworth Blvd., Suite 215 | Acting United States Attorney |
| Lakewood, Colorado 80235-2382 | |
| Telephone (303) 986-6400 | KEVIN TRASKOS |
| FAX (303) 986-6800 | Deputy Chief, Civil Division |
| E-mail: bobgruber@earthlink.net | United States Attorney's Office |
| Attorney for Plaintiff-Appellant | District of Colorado |
| Chris A. Smith | Kevin.traskos@usdoj.gov |
| | |
| | SANDRA T. KRIDER |
| | Special Assistant United States Attorney |
| | Assistant Regional Counsel |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-0015 |
| | Sandra.krider@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** February 6, 2009

**B. Date Complaint Was Served on U.S. Attorney's Office:** February 23, 2009

**C. Date Answer and Administrative Record Were Filed:** April 23, 2009

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Records appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters.

**8. BRIEFING SCHEDULE**

**A. Plaintiffs Opening Brief Due:** June 12, 2009

**B. Defendant's Response Brief Due:** July 13, 2009

**C. Plaintiffs Reply Brief (If Any) Due:** July 27, 2009

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 29th day of April, 2009.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Robert K. Gruber
Robert K. Gruber
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400
FAX (303) 986-6800
E-mail: bobgruber@earthlink.net
Attorney for Plaintiff-Appellant

For Defendant:

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.traskos@usdoj.gov

s/ Sandra T. Krider
Sandra T. Krider
Special Assistant United States Attorney
Assistant Regional Counsel
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0015
Sandra.krider@ssa.gov

Attorneys for Defendant