IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00258-ZLW

CHRIS A. SMITH,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    This matter was before the Court on September 23, 2009, for oral argument on Plaintiff's Social Security disability benefits appeal.  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

    ORDERED that this Court affirms the August 20, 2008, written decision of Administrative Law Judge Paul Conaway.  It is

    FURTHER ORDERED that the Complaint and cause of action are dismissed.  It is

FURTHER ORDERED that the parties shall pay their own costs.

DATED at Denver, Colorado, this 23rd day of September, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court